IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br>  v.<br><br>CHOON FOO YONG,<br><br>  Debtor.<br><br>CHARLES SCHWAB & CO., INC,<br><br>  Garnishee. | Case No. 2:24MC00130-KJM-JDP<br><br>**[PROPOSED] ORDER TERMINATING WRIT OF GARNISHMENT**<br><br>Criminal Case No. 2:22CR00053-KJM |

The Court, having carefully reviewed the entire file, and the United States' Request for an Order Terminating Writ of Garnishment ("Request"), and finding good cause therefrom, hereby GRANTS the Request. Accordingly, it is ORDERED THAT:

   1.   Pursuant to 28 U.S.C. § 3205(c)(10), the Writ of Garnishment issued on March 27, 2024, is hereby TERMINATED; and

///

///

///

ORDER TERMINATING WRIT OF GARNISHMENT                              1

      2.      The Clerk of the United States District Court shall CLOSE this miscellaneous case.

IT IS SO ORDERED.

Dated:    December 20, 2024

                                                JEREMY D. PETERSON
                                                UNITED STATES MAGISTRATE JUDGE